No. 73–1623.   MALITO ET AL. *v.* MARCIN ET AL.   Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.

No. 73–6621.   SCHOOS *v.* ILLINOIS.   Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.

No. 73–1609.   RUBENSTEIN ET AL. *v.* TOWNSHIP OF CHERRY HILL ET AL.   Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.   MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–1436.   DANIEL ET AL. *v.* WATERS ET AL.   Appeal from D. C. M. D. Tenn.   Judgment vacated and case remanded to the District Court so that it may enter a fresh judgment from which a timely appeal may be taken to the Court of Appeals.

No. 73–6353.   WEBSTER, A MINOR, BY WEBSTER, ET AL. *v.* PERRY, CHAIRMAN, BOARD OF EDUCATION OF WINSTON-SALEM/FORSYTH COUNTY SCHOOL SYSTEM, ET AL.   Appeal from D. C. W. D. N. C.   Judgment vacated and case remanded to the District Court so that it may enter a fresh judgment from which a timely appeal may be taken to the Court of Appeals.